## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Alexander Kneginich | Mag. Judge: | Phillip J. Green |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:17-mj-00394-PJG-1 | 5/29/2018 | 11:04 AM - 12:33 PM | Grand Rapids | Alma Thorne |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Hagen W. Frank | Helen C. Nieuwenhuis and Pedro Celis | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention    (waived __)
- __ Preliminary  (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Extradition Hearing

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____<br>
of the _____<br>
Count(s) to be dismissed at sentencing: _____

Presentence Report:
  __ Ordered    __ Waived

__ Plea Accepted by the Court<br>
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Decision and Order to issue

### SENTENCING
Imprisonment: _____<br>
Probation: _____<br>
Supervised Release: _____<br>
Fine: $ _____<br>
Restitution: $ _____<br>
Special Assessment: $ _____<br>
Plea Agreement Accepted:    __Yes   __No<br>
Defendant informed of right to appeal:    __Yes   __No<br>
Counsel informed of obligation to file appeal: __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:**   Digitally Recorded    **Courtroom Deputy:**    A. Doezema